UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NOS. 1:23-MJ-991** |
| **APPLICATIONS, SEARCH WARRANTS, SUPPORTING AFFIDAVITS, AND SEARCH WARRANT RETURNS** | **1:23-MJ-992** <br> **1:23-MJ-993** <br> **1:23-MJ-998** |

**ORDER UNSEALING APPLICATIONS, SEARCH WARRANTS, SUPPORTING AFFIDAVITS, AND SEARCH WARRANT RETURNS**

This matter is before the court pursuant to the amended motion of the United States to permanently seal certain documents and to request that redacted versions of the Applications, Search Warrants, Supporting Affidavits and Returns, that are attached to the motion, be publicly filed.

This Court, having reviewed the motion, finds that the motion should be granted. Therefore,

IT IS HEREBY ORDERED that the redacted versions of the Applications, Search Warrants, Supporting Affidavits and Returns be separately filed as unsealed public documents by the Clerk of Courts, and that all other documents previously filed in this case remain permanently under seal, unless otherwise ordered by this Court.

3/7/2024
DATE

*Karen L. Litkovitz*
HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE